# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 27, 2026

Lyle W. Cayce
Clerk

————————

No. 25-50552
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Jonathan Scott White,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:23-CR-234-32

_____

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jonathan Scott White has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). White has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50552

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.